**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

CHRISTOPHER SADOWSKI,

        Plaintiff,

   vs.

THE HUSE PUBLISHING COMPANY,

        Defendant.

**8:18CV400**

**ORDER TO SHOW CAUSE**

On November 13, 2018, the Court ordered the parties to meet and confer and file a Rule 26(f) Report no later than December 13, 2018.  (Filing No. 13).  On December 13, 2018, counsel for Defendant, David Copple, filed a Rule 26(f) Report (Filing No. 14) noting that he and Plaintiff's counsel, Richard P. Liebowitz, had scheduled a telephone conference on November 20, 2018, at 2:30 p.m. CST, regarding completion of the Rule 26(f) Report, but Plaintiff's counsel did not call in and has had no further communication with defense counsel.

On December 14, 2018, the Court entered an order striking the Rule 26(f) Report as it was not jointly prepared by both parties and ordered the parties to "file a jointly prepared Rule 26(f) Report on or before December 28, 2018."  (Filing No. 16).  No report was filed.  On December 31, 2018, the chambers of the undersigned magistrate judge contacted the attorneys of record by email to inquire about the status of the report.  Plaintiff's counsel did not respond, and defense counsel informed the Court that he has had no communication from Plaintiff's counsel.  Accordingly,

**IT IS ORDERED** that on or before **January 16, 2019**, Plaintiff shall show cause why this action should not be dismissed based on the Plaintiff's failure to diligently pursue this suit and to comply with this Court's orders.  Failure to comply with this Order will result in a recommendation to Senior United States District Court Judge Laurie Smith Camp that this action be dismissed for failure to prosecute.

Dated this 2nd day of January, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge